UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| JAMES CAMERON, individually and on behalf of all other similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>CREDIT SOLUTIONS, LLC, and JOHN DOES 1-25,<br><br>        Defendants. | Civil Case No.<br>5:17-cv-358-JMH<br><br>**ORDER** |

\*\*\*

This matter is before the Court upon the parties' Joint Stipulation of Dismissal. [DE 19]. The Court having reviewed the Stipulation and being otherwise sufficiently advised, **IT IS ORDERED** as follows:

(1) that all claims are **DISMISSED WITH PREJUDICE**, each party to bear his, her, or its own costs and attorney's fees;

(2) that all pending deadlines are **CONTINUED GENERALLY**;

(3) that any remaining requests for relief or pending motions are **DENIED AS MOOT**;

(4) and that the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET**.

This the 15th day of June, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge